EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Eliezer Soto Alicea | 2017 TSPR 69<br><br>197 DPR \_\_\_\_ |

Número del Caso: TS-8717

Fecha: 28 de abril de 2017

Abogado del Promovido

      Por derecho Propio

Oficina de Inspección de Notarías:

      Lcdo. Manuel Ávila De Jesús
      Director

Materia: Conducta Profesional – La suspensión de la notaría será efectiva el 10 de mayo de 2017, fecha en que se le notificó por correo al abogado de su suspensión inmediata.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | | |
|---|---|---|
| *In re:* | | |
| Eliezer Soto Alicea | TS-8717 | |

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 28 de abril de 2017.

Examinada la *Moción notificando incumplimiento de orden y solicitando incautación preventiva de obra protocolar* presentada por el Lcdo. Manuel E. Ávila de Jesús, Director de la Oficina de Inspección de Notarías (ODIN), se toma conocimiento de su contenido. Del referido escrito se desprende que el Lcdo. Eliezer Soto Alicea ha incumplido con la orden emitida por este Tribunal el pasado 17 de marzo de 2017. También se aduce que el notario presentó un escrito en el cual informa que ha decidido cesar voluntariamente al ejercicio de la notaría; ello, sin la autorización expresa de este Tribunal y sin encaminar el trámite de rigor ante la ODIN para esos fines, proceso del cual estaría impedido completar por las deficiencias que prevalecen en su obra protocolar.

Asimismo, la ODIN afirma que el notario removió su obra protocolar de su sede notarial sin obtener la autorización del Director de la Oficina de Inspección de Notarías, según exigido por los Artículos 48 y 53 de la Ley Notarial de Puerto Rico, 4 LPRA secs. 2072 y 2077, respectivamente.

Por otro lado, también se nos informa que el notario abandonó la jurisdicción de Puerto Rico sin haber notificado a la ODIN la designación de un notario sustituto durante el tiempo en que estará residiendo en el Estado de Florida, Estados Unidos.

De igual manera, se acredita que el notario no ha actualizado su información en el Registro Único de Abogados y Abogadas del Tribunal Supremo de Puerto Rico.

Evaluado el informe notificando el reiterado incumplimiento del Lcdo. Eliezer Soto Alicea con las disposiciones de la Ley Notarial de Puerto Rico, *supra,* la conducta desplegada y la indiferencia mostrada ante las órdenes de este Tribunal, se ordena la suspensión inmediata e indefinida del ejercicio de la notaría del letrado. Por consiguiente, se ordena al Alguacil de este Tribunal incautar inmediatamente la obra protocolar y el sello notarial del licenciado Soto Alicea y entregarlos al Director de la Oficina de Inspección de Notarías para su examen e informe correspondiente.

Notifíquese personalmente. Publíquese.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.


Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo